Providenza M. Fraccola, Respondent, v Alan P. Fraccola, Appellant.

Submitted July 23, 2012; decided October 18, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of Shawn Green, Appellant, v Mark L. Bradt, as Superintendent of Elmira Correctional Facility, Respondent.

Submitted June 18, 2012; decided October 18, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 802 (2012)].

---

Shawn Green, Appellant, v State of New York, Respondent. (Claim No. 112892.)

Submitted July 9, 2012; decided October 18, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 805 (2012)].